JONES, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Kittie Jones against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order reversed, and a new trial ordered in the City Court of the city of Fulton on the 25th day of July, 1907, with costs in this and the County Court, unless the plaintiff stipulates to reduce the verdict to the sum of $20 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and affirmed, without costs to either party in this and the County Court.

KRUSE, J., dissents.

JONES, Appellant, v. GOULD et al., Respondents. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by John S. Jones against George J. Gould and others. D. McClure, for appellant. M. B. Blumenthal, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 104 N. Y. Supp. 935.